FILED

03/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0120



# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| In re the Marriage of: )<br>)<br>DAVINA ATTAR-WILLIAMS, )<br>)<br>)<br>Petitioner/Appellant, )<br>)<br>and )<br>)<br>)<br>STEVEN THOMAS WILLIAMS, )<br>)<br>Respondent/Appellee. ) | CAUSE NO. DA 23-0120<br><br>**ORDER** |

Upon motion of Appellant Davina Attar-Williams, the Court orders transferred

to Cause No. DA 23-0120 the following transcripts from proceedings heard in the

Thirteenth Judicial District Court, Yellowstone County, Cause No. DR 19-0893.

SEPTEMBER 17, 2019

NOVEMBER 13, 2019

JUNE 2, 2020

JULY 17, 2020

AUGUST 3, 2020

AUGUST 14, 2020

NOVEMBER 9, 2020

FEBRUARY 16, 2021

MAY 26, 2021

JUNE 18, 2021

NOVEMBER 3, 2021

OCTOBER 12, 2022

OCTOBER 21, 2022

NOVEMBER 16, 2022

DECEMBER 19, 2022

JANUARY 20, 2023

The Clerk is directed to transfer into Montana Supreme Court Cause No. DA 23-0120 these transcripts as set forth above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 23 2023